IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                         4:13-CR-00272-01-BRW

TREVON JONES

## ORDER

Pending is the Government's Motion to Dismiss Indictment as to the defendant Trevon Jones (Doc. No. 17). The Motion is GRANTED. The Indictment is dismissed without prejudice as to the defendant, Trevon Jones, and any active warrants for his arrest be quashed and returned un-executed.

IT IS SO ORDERED this 1st day of May, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE